SAMUEL H. BOOTH et al., Respondents, *v.* J. NOAH H. SLEE, Appellant.

*Booth* v. *Slee*, 158 App. Div. 948, affirmed.
(Argued December 6, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1913, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*James Gillin* for appellant.

*Edward J. Martin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.